FILED

**NOT FOR PUBLICATION**

SEP 04 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| TERESA GUEVARA TRIGUEROS, AKA Mercedes Garcia Garcia, AKA Teresa Jesus Guevara, AKA Nancy Gutierrez Wenees, <br><br> Petitioner, <br><br> v. <br><br> LORETTA E. LYNCH, Attorney General, <br><br> Respondent. | No. 13-73074 <br><br> Agency No. A088-895-326 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted August 25, 2015[**]

Before:     McKEOWN, CLIFTON, and HURWITZ, Circuit Judges.

Teresa Guevara Trigueros, a native and citizen of Honduras, petitions for

review of the Board of Immigration Appeals' order dismissing her appeal from an

immigration judge's decision denying her application for withholding of removal

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

and protection under the Convention Against Torture ("CAT").  We have jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence the agency's factual findings, applying the standards governing adverse credibility determinations created by the REAL ID Act.  *Shrestha v. Holder*, 590 F.3d 1034, 1039-40 (9th Cir. 2010).  We deny the petition for review.

Substantial evidence supports the agency's adverse credibility determination based on Guevara Trigueros' failure to claim in her application and declaration a political motive for the harm she experienced or fears, and based on the implausibility of her testimony.  *See Shrestha*, 590 F.3d at 1048 (adverse credibility determination reasonable under the totality of circumstances); *see also Kin v. Holder*, 595 F.3d 1050, 1056-57 (9th Cir. 2010) (failure to mention participation in political demonstration on asylum application supported adverse credibility determination).  Thus, we deny Guevara Trigueros' petition as to her withholding of removal claim.

Substantial evidence supports the agency's denial of CAT relief because Guevara Trigueros failed to show it is more likely than not she will be tortured if returned to Honduras.  *See Shrestha*, 590 F.3d at 1048-49.  Thus, we deny Guevara Trigueros' petition as to her CAT claim.

**PETITION FOR REVIEW DENIED**.